IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3025 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ALBERTO PEREZ, | ) | ORDER ON ORAL MOTION FOR |
| | ) | EVIDENTIARY AND SENTENCING |
| Defendant. | ) | HEARING DATE |
| | ) | |

At the evidentiary hearing on August 8, 2005, the evidentiary and sentencing hearing was continued until further order of the court to allow counsel time to obtain documents or have witnesses available to testify regarding the objections to the Second Revised Presentence Investigation Report.

During a conference call to my chambers on October 7, 2005, counsel for the government and for the defendant jointly orally moved for an evidentiary and sentencing hearing date to be scheduled on or about November 30, 2005, which setting would provide the U.S. Marshal Service adequate time to have an essential witness present for said hearing.

IT IS ORDERED that:

1. the joint oral motion for evidentiary and sentencing hearing date is granted;

2. the evidentiary hearing shall commence at 10:00 a.m. on November 30, 2005, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, and the sentencing hearing shall follow immediately thereafter; and

3. the U.S. Marshal shall have the defendant present for said hearing.

Dated October 11, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

.