IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:04CR3025 |
| ) | |
| v. ) | |
| ) | |
| JOSE ALBERTO PEREZ, ) | ORDER ON FILINGS 64 AND 65 |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for the defendant has filed similar filings. Filing 64, is titled Motion to Restrict but docketed as a Motion to file under Seal *Statement re Rule 35(b) Motion*. Filing 65 is titled Motion to Restrict and shown on the docket sheet as a Motion to Restrict pursuant to the E-Government Act *Statement Re Rule 35(b) Motion.*

IT IS ORDERED that:

1. the Motion to Restrict, filing 64, is stricken as being incorrectly filed; and

2. the Motion to Restrict, filing 65, is granted.

Dated March 29, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge