IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3025 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ALBERTO PEREZ, | ) | ORDER CONTINUING RULE 35(b) |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

A hearing on the pending Rule 35(b) motion was held today.  However, because there is a need for further information, the hearing was continued until April 19.

IT IS ORDERED that:

1.      the Rule 35(b) hearing is continued to April 19, 2010, at 12:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2.      counsel for the defendant shall make arrangements with the facility housing the defendant to have the defendant at a telephone where he may participate at the hearing telephonically.   Counsel shall provide the telephone number where the defendant can be reached at the time of the hearing to my chambers on or before April 16.

Dated March 29, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge